NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PERSONAL AUDIO, LLC,**
*Plaintiff-Appellant*

**v.**

**GOOGLE LLC,**
*Defendant-Appellee*

———————————

2024-1020

———————————

Appeal from the United States District Court for the District of Delaware in No. 1:17-cv-01751-CFC, Chief Judge Colm F. Connolly.

———————————

**JUDGMENT**

———————————

STEVEN MARK HANLE, Stradling Yocca Carlson & Rauth LLP, Newport Beach, CA, argued for plaintiff-appellant. Also represented by SALIL BALI, DOUGLAS QUINTON HAHN; HENNING SCHMIDT, Scardino LLP, Austin, TX.

DAN L. BAGATELL, Perkins Coie LLP, Hanover, NH, argued for defendant-appellee. Also represented by JONATHAN IRVIN TIETZ, Washington, DC; MELISSA J. BAILY, Quinn Emanuel Urquhart & Sullivan, LLP, San Francisco, CA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, SCHALL, and CHEN, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 4, 2025
Date

Jarrett B. Perlow
Clerk of Court